IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 PM 3: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROBERT ACKERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-2255-BV |
| v. ) | |
| ) | |
| DIRECTV, INC., ) | |
| ) | |
| Defendant. ) | |

~~PROPOSED~~ RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice and upon announcement to the Court by counsel for the parties that they have agreed to the deadlines herein, the following dates are established as the final deadlines for:

RULE 26(a)(1) DISCLOSURE DEADLINE: September 13, 2005

JOINING PARTIES: October 3, 2005

INITIAL MOTIONS TO DISMISS: November 25, 2005

AMENDING PLEADINGS: October 3, 2005

[1]COMPLETING ALL DISCOVERY: April 4, 2006

    (a)    DOCUMENT PRODUCTION: January 23, 2006

    (b)    NON-EXPERT DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: March 3, 2006

    (c)    EXPERT WITNESS IDENTIFICATION DISCLOSURES RULE (26)

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: February 3, 2006

---

[1] ALL DISCOVERY MUST BE ISSUED IN TIME TO BE COMPLETED BY THE DISCOVERY BAR DATE



      (2)     DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:  March 3, 2006

      (3)     EXPERT WITNESS DEPOSITIONS:  April 4, 2006

FILING DISPOSITIVE MOTIONS:  May 4, 2005

OTHER RELEVANT MATTERS:

No other depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

2

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED** this 25th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

_____
Barry Tidwell, Esq.
Tidwell Cartee, P.C.
530 Church Street, Suite 202
Nashville, Tennessee 37219
(615) 248-2242
Attorney for Defendant

_____
Antonio L. Matthews (#018107)
165 Madison Avenue, Suite 2000
First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000
Attorney for Plaintiff

M ALM 897491 v1
2814658-000057  08/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02255 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Barry R. Tidwell
TIDWELL CARTEE, P.C.
530 Church St.
Ste. 202
Nashville, TN 37219

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT